UNITED STATES *versus* FOUR YARDS DRAB CLOTH, SEVEN YARDS SCOTCH PLAID, THREE YARDS CHECK, ONE PIECE TAPE, ONE DOZEN BUTTONS, TWO SKEINS SILK, ONE SHAWL, AND TWO BARRELS CIDER. 

JOURNAL ENTRIES: (1) Dec. 6, 1831: libel filed, time fixed for trial, notice ordered published; (2) Dec. 23, 1831: publication proved, proclamation made, sale and notice of sale ordered.

PAPERS IN FILE (1831–32): (1) Libel; (2) published notice, proof of publication and posting; (3) printer's bill; (4) copy of order of sale, return, receipt.

*File No. 59.*

 UNITED STATES *versus* THIRTY-ONE BAGS OATS, TWENTY-THREE AND ONE-HALF CORDS WOOD, AND NINE AND ONE-HALF BUSHELS OATS. 

JOURNAL ENTRIES: (1) Dec. 6, 1831: libel filed, time fixed for trial, notice ordered published; (2) Dec. 23, 1831: publication proved, proclamation made, motion for forfeiture and sale; (3) Dec. 27, 1831: property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1831): (1) Libel; (2) published notice, proof of publication and posting; (3) printer's bill; (4) copy of order of sale, return, receipts.

*File No. 60.*

 IN THE MATTER OF PAUL D. ANDERSON, AN ABSENT WITNESS. 

JOURNAL ENTRIES: (1) Dec. 7, 1831: motion for attachment granted; (2) Dec. 9, 1831: respondent purged of contempt, discharged.

PAPERS IN FILE: (1) Writ of attachment and return.

File No. . . . . .

 UNITED STATES *versus* THREE BAGS OATS AND ONE CANOE. 

JOURNAL ENTRIES: (1) Aug. 1, 1832: libel filed, time fixed for trial, notice ordered published; (2) Aug. 28, 1832: property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1832): (1) Libel; (2) subpoena; (3) published notice, proof of publication and posting; (4) copy of order of sale, return, receipt.

*File No. 63.*